IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS SPEED                                                                                         PLAINTIFF
ADC #136735

V.                                    NO: 3:16CV00138 DPM/PSH

RONNIE COLEMAN *et al*                                                              DEFENDANTS

# ORDER

The Clerk is directed to change the style of the case to reflect the correct name of defendant Sgt. Milow, as set forth in the answer (Doc. No. 11).

IT IS SO ORDERED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE