**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRIS SPEED                                                               PLAINTIFF
ADC #136735

V.                          NO: 3:16CV00138 DPM/PSH

RONNIE COLEMAN *et al*                                    DEFENDANTS

**ORDER**

On June 8, 2016, summonses were returned unexecuted as to defendants Butler, Jones, William, and Burten (Doc. Nos. 12-15). Service was attempted at the Crittenden County Detention Facility, but was returned with a notation indicating these defendants are no longer employed there. Accordingly, counsel for defendants is directed to provide under seal, no later than 30 days after this order's entry date, last known addresses for Butler, Jones, William, and Burten.

IT IS SO ORDERED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE