**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRIS SPEED                                                                                           PLAINTIFF
ADC #136735

V.                                         NO: 3:16CV00138 DPM/PSH

RONNIE COLEMAN *et al*                                                                    DEFENDANTS

## **ORDER**

Plaintiff Chris Speed filed a *pro se* complaint on May 23, 2016, alleging he was subjected to excessive force at the Crittenden County Detention Facility. Defendants filed a motion for summary judgment on December 15, 2016, alleging Speed failed to exhaust his administrative remedies. Doc. No. 31. On March 7, 2017, Speed filed a motion to compel and a motion for subpoena seeking various evidentiary items. Doc. Nos. 41 & 42. That same day, defendants filed a motion for a protective order, requesting that the Court relieve them from their responsibility to respond to Speed's interrogatories. Defendants argue in their motion that many of the interrogatories are abusive, such as "Did I have you at hello?" and "If you were going upstream in a rowboat, and your motor fell off, how many hot dog buns would it take to roof a doghouse?" Doc. No. 44-1.

Defendants' motion for a protective order is granted to the extent that they need not respond to the interrogatories submitted with their motion. The Court further orders that discovery is stayed as to all parties, with the exception of discovery requests relating to the issue of exhaustion of grievances, until defendants' pending motion for summary judgment is decided. Speed's motion to compel and his motion for subpoena are denied without prejudice. Doc. Nos. 41 & 42.

IT IS SO ORDERED this 10th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE