IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS SPEED                                                          PLAINTIFF

V.                   NO: 3:16CV00138 DPM/PSH

RONNIE COLEMAN, et al.                                 DEFENDANTS

**ORDER**

      Plaintiff Chris Speed ("Speed") has filed a motion for reconsideration of the Court's Protective Order entered on March 10, 2017. In the Court's Protective Order, discovery was stayed as to all parties, with the exception of discovery requests relating to the issue of exhaustion of grievances. In his motion, Speed appears to ask the Court to dissolve the previous protective order so that he can obtain documents "directly related to the exhaustion of remedies." Docket entry no. 49, page 1. This motion is denied. The previous order explicitly allowed discovery on the issue of the exhaustion of grievances, and further provided that the protective order would remain in place until the defendants' pending motion for summary judgment was decided. A recommendation has been made with respect to the motion for summary judgment.

      The motion for reconsideration (docket entry no. 49) is denied.

      DATED this 27th day of April, 2017.

UNITED STATES MAGISTRATE JUDGE