# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRIS SPEED
ADC # 136735                                                    PLAINTIFF

v.                      No. 3:16-cv-138-DPM-PSH

RONNIE COLEMAN, Administrator,
Crittenden County Detention Facility; TERRY
BUTLER, Detention Officer, CCDF; TREVOR
JONES, Detention Officer, CCDF; MICHAEL
WILLIAMS, Detention Officer, CCDF; MARCUS
BURTON, Detention Officer, CCDF ; and MILOW,
Sergeant, Crittenden County Detention Center         DEFENDANTS

## ORDER

Unopposed recommendation, № 51, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 31, denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 May 2017