IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS SPEED                                                                                          PLAINTIFF

V.                          NO: 3:16-CV-00138 DPM/PSH

RONNIE COLEMAN, *et al.*                                                                 DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Before the Court is the Joint Motion to Dismiss Due to Settlement (Doc. No. 54) and Brief in Support (Doc. No. 55). The Joint Motion to Dismiss Due to Settlement should be GRANTED and the case should be dismissed with prejudice.

IT IS SO RECOMMENDED this 10th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE