IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRIS SPEED                                                                PLAINTIFF

v.                                No. 3:16-cv-138-DPM

RONNIE COLEMAN, Administrator,
Crittenden County Detention Facility;
TERRY BUTLER, Detention Officer, CCDF;
TREVOR JONES, Detention Officer, CCDF;
MICHAEL WILLIAMS, Detention Officer, CCDF;
MARCUS BURTON, Detention Officer, CCDF;
and MILOW, Sergeant, Crittenden County
Detention Center                                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 56, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Joint motion to dismiss, № 54, granted. Speed's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2017