# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHRIS SPEED**  PLAINTIFF

v.   No. 3:16-cv-138-DPM

RONNIE COLEMAN, Administrator,
Crittenden County Detention Facility;
TERRY BUTLER, Detention Officer, CCDF;
TREVOR JONES, Detention Officer, CCDF;
MICHAEL WILLIAMS, Detention Officer, CCDF;
MARCUS BURTON, Detention Officer, CCDF;
and MILOW, Sergeant, Crittenden County
Detention Center  DEFENDANTS

## JUDGMENT

Speed's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2017